AO 245H (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 0 4 2006
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.
Kyle B. Clark

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** - Short Form
CASE NUMBER: DVAW706MJ000259-001
CASE NUMBER:
USM NUMBER:

Defendant's Attorney

**THE DEFENDANT:**

☒ THE DEFENDANT pleaded guilty to count(s) one

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.2(b) - VA Code 46.2-301 | Driving While Suspended | 5/5/06 | 1 |

☐ Count(s) ______ is dismissed on the motion of the United States pursuant to Rule 48(a).

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 250.00 | $ 25.00 |

Defendant's Soc. Sec. No.: 5627
Defendant's Date of Birth: 1981
Defendant's Residence Address:
Bedford, VA

Defendant's Mailing Address:
Bedford, VA

August 3, 2006
Date of Imposition of Judgment

[signature]
Signature of Judge

Michael F. Urbanski, U.S. Magistrate Judge
Name and Title of Judge

8/4/06
Date